UST-32, 3-99

Beth Lang, Chapter 7 Trustee
1955 W. Grant Rd., Ste 125
Tucson, AZ 85745
520/ 884-1880
bethelang@earthlink.net

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA - TUCSON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DOLAN, JOHN MICHAEL | ) | Case No. 07-01846-SV EWH |
| DOLAN, IRASEMA M. | ) | |
| CLEANING, MD CARPET | ) | **APPLICATION FOR PAYMENT** |
| Debtor(s) | ) | **OF UNCLAIMED FUNDS TO** |
| | ) | **U.S. BANKRUPTCY COURT** |
| | ) | |

Beth Lang, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 10107 | 03/18/10 | Alltel Communication<br>1 Allied Dr B5F03<br>Little Rock AR 72202 | $21.02 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $21.02 to the Clerk of the Court to be deposited in the Registry thereof.


June 21, 2010                           /s/ Beth Lang
Date                                    Beth Lang, Trustee